UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JIMMY TOBIAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 18-2917 (TJK) |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| INTERIOR, OFFICE OF THE SECRETARY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## STATUS REPORT

Pursuant to the Court's June 6, 2022, Minute Order, the parties, Plaintiff Jimmy Tobias and Defendant United States Department of the Interior ("DOI"), by and through undersigned counsel, respectfully submit this Joint Status Report, and state as follows:

Since the filing of the last status report, Plaintiff received a production, on March 26, 2025, consisting of 131 pages, which had previously been sent out for consultation, subject to redactions under Exemption 6. At this time, Defendant reports that all records previously subject to consultations have been produced to Plaintiff. In accordance with the June 6, 2022, Minute Order, the parties will submit a Joint Status Report on or before August 26, 2025, at which time the parties can update the Court on the status of the FOIA request[1].

Dated: May 29, 2025    Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:   /s/ Fithawi Berhane
FITHAWI BERHANE

---

[1] The undersigned counsel apologizes to Plaintiff and the Court for missing the Joint Status Report deadline of May 28, 2025.

Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
Phone: (202) 252-6653
Email: Fithawi.Berhane@usdoj.gov
*Counsel for Defendant*